UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:24-cr-114-WWB-LHP

KEVIN OMAR OCASIO-JUSTINIANO  21 U.S.C. § 846
 18 U.S.C. § 924(c)(1)(A)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Narcotics Conspiracy)

Beginning on an unknown date, but not later than on or about May 20, 2022 and continuing through on or about August 23, 2022, in the Middle District of Florida, and elsewhere, the defendant,

KEVIN OMAR OCASIO-JUSTINIANO,

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances. This violation involved a mixture and substance containing a detectible amount of fentanyl, and a mixture and substance containing a detectible amount of cocaine, Schedule II controlled substances.

All in violation of 21 U.S.C. §§ 846, 841(b)(1)(C).

## COUNT TWO
### (Possession of a Machinegun in Furtherance of Drug Trafficking)

On or about August 23, 2022, in the Middle District of Florida, the defendant,

KEVIN OMAR OCASIO-JUSTINIANO,

did knowingly possess a firearm, that is, a machinegun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, conspiracy to distribute and possess with intent to distribute controlled substances, as alleged in Count One above; Count One being incorporated by reference.

In violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to the following: a black .40 caliber Glock 22, bearing serial number BXAE441, with an "auto-sear" device attached, and associated ammunition, all of which was seized from a vehicle driven by the defendant on or about August 23, 2022.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

4

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

KEVIN OMAR OCASIO-JUSTINIANO

## INDICTMENT

Violation:

21 U.S.C. § 841(a)
18 U.S.C. §924(c)(1)(b)(ii)

A true bill,

_____
Foreperson

Filed in open court this 1st day of May, 2024.

_____
Clerk

Bail $_____