UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                                Case No. 6:24-cr-114-WWB-LHP

KEVIN OMAR OCASIO-JUSTINIANO

### NOTICE OF MAXIMUM PENALTIES

On May 2, 2024, this Court ordered the United States to submit a "notice of maximum penalty as to each count charged in this case against each Defendant." (Dkt. 09.)  Pursuant to that order, the United States provides the following:

Count One of the Indictment charges the defendant with conspiracy to distribute and possess with intent to distribute a controlled substance involving a mixture and substance containing a detectible amount of fentanyl and cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), which is punishable by up to 20 years in prison, not more than $1 million fine, 3 years to life supervised release, and a special assessment of $100.

Count Two of the Indictment charges the defendant with possession of a machinegun in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(B)(ii) which is punishable by a minimum of 30 years in prison, up to a $250,000 fine, up to five years supervised release, and a special assessment of $100. The sentence imposed for Count Two cannot "run concurrently with any other term

of imprisonment imposed." 18 U.S.C.A. § 924(c)(1)(D)(ii).

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: *s/Dana E. Hill*
    Dana E. Hill
    Assistant United States Attorney
    No. 189
    400 West Washington Street, Ste. 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-Mail: dana.hill@usdoj.gov

U.S. v. OMAR-JUSTINIANO			Case No.		6:24-cr-114-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide access to an appointed or retained counsel when appointed or retained:

<div style="margin-left: 40%">

*s/Dana E. Hill*
Dana E. Hill
Assistant United States Attorney
No. 189
400 West Washington Street, Ste. 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-Mail:    dana.hill@usdoj.gov

</div>